# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Auld, Lawrence P. | District Court, Middle District of North Carolina | 06/25/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Magistrate Judge (FT) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

L. Richardson Preyer United States Courthouse
324 West Market Street
Greensboro, NC 27401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Auld, Lawrence P. | 06/25/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Auld, Lawrence P.** | 06/25/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Auld, Lawrence P.** | 06/25/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Bank of America Cash Accounts | A | Interest | M | T | | | | | |
| 2.  Truliant Federal Credit Union Cash Accounts | A | Interest | N | T | | | | | |
| 3.  Brokerage Account #1 (H) | | | | | Closed | 02/06/19 | K | | |
| 4.  - Lord Abbett Bd-Deb C BDLAX | | | | | | | | | |
| 5.  - Pimco Income PONCX | | | | | | | | | |
| 6.  - New Perspective Fund NPFCX | | | | | | | | | |
| 7.  - JP Morgan UM Behavioral Value Fd UBVCX | | | | | | | | | |
| 8.  Brokerage Account #2 (H) | | | | | | | | | |
| 9.  - Vanguard Tax Mgd Sml Cap Inv VTMSX | A | Dividend | K | T | | | | | |
| 10.  - CBRE Clarion Global Real Estate IGR | A | Dividend | J | T | | | | | |
| 11. | | | | | Buy<br>(add'l) | 10/03/19 | J | | |
| 12. | | | | | Buy<br>(add'l) | 12/16/19 | J | | |
| 13.  - Ishares Min Vol Emrg Mkt EEMV | A | Dividend | | | Sold | 07/17/19 | J | | |
| 14.  - Ishares TR Gl Timb Fore WOOD | A | Dividend | | | Sold | 07/17/19 | J | | |
| 15.  - Am Funds New World Fd Inc NFFFX | A | Dividend | J | T | | | | | |
| 16.  - Invesco S&P 500 Revenue ETF RWL | A | Dividend | K | T | | | | | |
| 17.  - SPDR S&P 500 SPY | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Auld, Lawrence P.** | 06/25/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Vanguard FTSE Dev Mrkt VEA | B | Dividend | K | T | | | | | |
| 19. - Vanguard High Div Yield ETF VYM | A | Dividend | J | T | | | | | |
| 20. | | | | | Buy (add'l) | 10/03/19 | J | | |
| 21. | | | | | Buy (add'l) | 12/16/19 | J | | |
| 22. - Vanguard Real Estate ETF VNQ | A | Dividend | K | T | | | | | |
| 23. - Virtus VONTOBEL Emerging Markets Oppty HIEMX | | None | | | Sold | 12/13/19 | J | | |
| 24. - Advantage Bank Deposit FDIC Insured at various banks | A | Interest | | | Closed | 02/06/19 | J | | |
| 25. - Vanguard Small Cap ETF VB | A | Dividend | J | T | Buy | 09/03/19 | J | | |
| 26. | | | | | Buy (add'l) | 10/03/19 | J | | |
| 27. | | | | | Buy (add'l) | 11/14/19 | J | | |
| 28. - Vanguard Mid-Cap ETF VO | A | Dividend | K | T | Buy | 09/03/19 | K | | |
| 29. | | | | | Buy (add'l) | 11/14/19 | J | | |
| 30. - Vanguard FTSE Emerge Mrkts ETF VWO | A | Dividend | J | T | Buy | 12/16/19 | J | | |
| 31. - UBS Bank USA Cash Account | A | Interest | J | T | Open | 02/06/19 | J | | |
| 32. IRA #1 (H) | | | | | | | | | |
| 33. - New Perspective Fd Inc ANWFX | | None | | | Sold | 02/25/19 | J | | |
| 34. - Powershares DB Cmdty Indx Track DBC | | None | | | Sold | 02/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Doubleline Fds Tr Emerging Mkts Income DBLEX | | None | | | Sold | 02/25/19 | J | | |
| 36. - Harbor Capital Appreciation HACAX | | None | | | Sold | 02/25/19 | J | | |
| 37. - Virtus Vontobel Emerg Mrkts Oppty Cl 1 HIEMX | | None | | | Sold | 02/25/19 | J | | |
| 38. - CBRE Clarion Global Real Estate IGR | A | Dividend | | | Sold | 02/26/19 | J | | |
| 39. - Lyrical US Value Equity LYRIX | | None | | | Sold | 02/25/19 | K | | |
| 40. - New World Fd Inc New NFFFX | | None | | | Sold | 02/25/19 | J | | |
| 41. - PIMCO Income P PONPX | A | Dividend | | | Sold | 02/25/19 | J | | |
| 42. - SPDR S&P 500 ETF SPY | | None | | | Sold | 02/26/19 | K | | |
| 43. - Undiscovered Mgr Beh'l Val UBVLX | | None | | | Sold | 02/25/19 | K | | |
| 44. - Vanguard Intl Equity Index Fd VGK | | None | | | Sold | 02/26/19 | K | | |
| 45. - Ishares TR Gl Timb Fore WOOD | | None | | | Sold | 02/26/19 | J | | |
| 46. - Ishares Min Vol Emrg Mkt EEMV | | None | | | Sold | 02/26/19 | J | | |
| 47. - Vanguard Index Fds REIT VNQ | | None | | | Sold | 02/26/19 | J | | |
| 48. - Ishares MSCI EAFE ETF EFA | B | Dividend | K | T | | | | | |
| 49. - Ishares Core S&P Small Cap IJR | A | Dividend | J | T | Buy | 02/26/19 | J | | |
| 50. - Ishares Russell Mid-Cap Value IWS | A | Dividend | J | T | Buy | 02/26/19 | J | | |
| 51. - Ishares Russell Mid-Cap Growth IWP | A | Dividend | J | T | Buy | 02/26/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Buy (add'l) | 02/26/19 | K | | |
| 53. | | | | | Sold (part) | 07/17/19 | J | | |
| 54. | | | | | Sold (part) | 09/20/19 | J | | |
| 55. - Ishares MSCI China ETF MCHI | A | Dividend | J | T | Buy | 02/26/19 | J | | |
| 56. | | | | | Sold (part) | 09/20/19 | J | | |
| 57. - Ishares Core MSCI EAFE IEFA | A | Dividend | K | T | Buy | 02/26/19 | K | | |
| 58. | | | | | Buy (add'l) | 09/20/19 | J | | |
| 59. - Ishares Core MSCI Emerg Mrkts IEMG | A | Dividend | K | T | Buy | 02/26/19 | K | | |
| 60. | | | | | Sold (part) | 09/20/19 | J | | |
| 61. | | | | | Buy (add'l) | 12/04/19 | J | | |
| 62. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 63. - Financial Select Sector Spdr Fund XLF | A | Dividend | | | Buy | 02/26/19 | J | | |
| 64. | | | | | Sold | 07/17/19 | J | | |
| 65. - Energy Select Sector Spdr Fund XLE | A | Dividend | | | Buy | 02/26/19 | J | | |
| 66. | | | | | Sold | 07/17/19 | J | | |
| 67. - Vanguard Value ETF VTV | A | Dividend | K | T | Buy | 02/26/19 | K | | |
| 68. | | | | | Sold (part) | 09/20/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Auld, Lawrence P.** | 06/25/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Buy<br>(add'l) | 12/04/19 | J | | |
| 70.    - Vanguard Mid-Cap ETF VO | A | Dividend | J | T | Buy | 02/26/19 | J | | |
| 71.    - Vanguard Growth ETF VUG | A | Dividend | K | T | Buy | 02/26/19 | K | | |
| 72. | | | | | Sold<br>(part) | 09/20/19 | J | | |
| 73. | | | | | Buy<br>(add'l) | 12/04/19 | J | | |
| 74.    - Vanguard Total World STK ETF VT | A | Dividend | | | Buy | 02/26/19 | J | | |
| 75. | | | | | Sold | 07/17/19 | J | | |
| 76.    - Ishares MSCI Japan ETF EWJ | A | Dividend | J | T | Buy | 07/17/19 | J | | |
| 77.    - PIMCO Enh Shrt Mat Act Exch Trd FD<br>DE MINT | A | Dividend | | | Buy | 07/17/19 | J | | |
| 78. | | | | | Buy<br>(add'l) | 09/20/19 | J | | |
| 79. | | | | | Sold | 12/20/19 | J | | |
| 80.    - Schwab US Broad Mkt ETF DE SCHB | | None | | | Buy | 07/17/19 | J | | |
| 81. | | | | | Sold | 09/20/19 | J | | |
| 82.    - Cnsmr Discr Select Sector SPDR XLY | A | Dividend | J | T | Buy | 07/17/19 | J | | |
| 83.    - Comm Srvcs Select Sector Spdr XLC | A | Dividend | J | T | Buy | 07/17/19 | J | | |
| 84.    - Ishares MSCI Brazil ETF EWZ | A | Dividend | J | T | Buy | 09/20/19 | J | | |
| 85.    - Cnsmr Staples Select Sector Spdr XLP | A | Dividend | | | Buy | 09/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold | 12/04/19 | J | | |
| 87.  - Advantage Bank Deposit FDIC Insured at various Bks | A | Interest | | | Closed | 02/06/19 | J | | |
| 88.  - UBS Bank USA Cash Account | A | Interest | J | T | Open | 02/06/19 | J | | |
| 89. 401k #1 (H) | | | | | | | | | |
| 90.  - ABA Retirement Funds: Large-Cap Index Equity Fund | A | Int./Div. | M | T | | | | | |
| 91.  - ABA Retirement Funds: International Index Equity Fund | A | Int./Div. | M | T | | | | | |
| 92.  - ABA Retirement Funds: Real Asset Return Fund | A | Int./Div. | K | T | | | | | |
| 93.  - ABA Small Mid Cap Idx Equity Fund | A | Int./Div. | L | T | | | | | |
| 94. VOYA Reliastar Variable Life Ins (H) | | | | | Redeemed | 12/20/19 | K | | |
| 95.  - Large Cap Growth Portfolio | | | | | Redeemed | 12/20/19 | J | | |
| 96.  - T Rowe Price Div Mid Cap Grth I Cls | | | | | Redeemed | 12/20/19 | K | | |
| 97.  - Voya Russell Large Cap Growth Index Port Cl | | | | | Redeemed | 12/20/19 | J | | |
| 98. VCSP College America 529 Plan (H) | | | | | | | | | |
| 99.  - American Funds Amcap Fund - 529 fd cl A CAFAX | A | Dividend | K | T | | | | | |
| 100.  - American Funds EuroPacific Growth Fund - 529A CEUAX | A | Dividend | J | T | | | | | |
| 101.  - American Funds The Growth Fund of America - 529A CGFAX | A | Dividend | K | T | | | | | |
| 102.  - American Funds SMALLCAP World Fund - 529A CSPAX | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Auld, Lawrence P. | 06/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. - American Funds Captial World Growth and Income - 529A CWIAX | A | Dividend | K | T | | | | | |
| 104. - American Funds Washington Muutal Investors Fund - 529A CWMAX | A | Dividend | K | T | | | | | |
| 105. - American Funds Capital Income Builder - 529A CIRAX | A | Dividend | K | T | | | | | |
| 106. - American Funds New World Fund 529A CNWAX | A | Dividend | J | T | | | | | |
| 107. - American Funds Capital World Bond Fund 529A CCWAX | A | Dividend | J | T | | | | | |
| 108. - American High Income Trust 529A CITAX | A | Dividend | J | T | | | | | |
| 109. - Bond Fund of America 529A CFAAX | A | Dividend | J | T | Buy | 08/16/19 | J | | |
| 110. Brokerage Account #3 (H) | | | | | Closed | 02/06/19 | O | | |
| 111. - American Funds: AMCAP Fund | | | | | | | | | |
| 112. - American Funds: Capital Income Builder | | | | | | | | | |
| 113. - American Funds: Capital World Grw & Inc. Fund | | | | | | | | | |
| 114. - American Funds: Fundamental Investors Fund | | | | | | | | | |
| 115. - American Funds: Income Fund of America | | | | | | | | | |
| 116. - American Funds: New Economy Fund | | | | | | | | | |
| 117. - American Funds: New Perspective Fund | | | | | | | | | |
| 118. - Edward Jones Cash Account | A | Interest | | | Closed | 02/06/19 | M | | |
| 119. Brokerage Account #4 (H) | | | | | Open | 02/06/19 | O | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Auld, Lawrence P. | 06/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  - Lord Abbett Bond Deb Fund BDLAX | A | Dividend | | | Sold | 04/16/19 | J | | |
| 121.  - Pimco Income Fund PONCX | A | Dividend | | | Sold | 04/16/19 | J | | |
| 122.  - New Perspective Fund NPFCX | | None | | | Sold | 04/16/19 | J | | |
| 123.  - JPM UM Behavioral Value Fund UBVCX | | None | | | Sold | 04/16/19 | K | | |
| 124.  - Am Funds: AMCAP Fund AMCFX | | None | | | Sold | 04/16/19 | K | | |
| 125.  - Am Funds: Cap Income Builder CAIFX | A | Dividend | | | Sold | 04/16/19 | L | | |
| 126.  - Am Funds: Cap World Growth & Income Fund WGIFX | A | Dividend | | | Sold | 04/16/19 | K | | |
| 127.  - Am Funds: Fundamental Investors Fund FINFX | A | Dividend | | | Sold | 04/16/19 | L | | |
| 128.  - Am Funds: Income Fund of America AMEFX | A | Dividend | | | Sold | 04/16/19 | K | | |
| 129.  - Am Funds: New Economy Fund NEFFX | | None | | | Sold | 04/16/19 | K | | |
| 130.  - Am Funds: New Perspective Fund ANWFX | | None | | | Sold | 04/16/19 | K | | |
| 131.  - Ishares Core S&P Small Cap ETF IJR | A | Dividend | K | T | Buy | 04/17/19 | K | | |
| 132. | | | | | Buy<br>(add'l) | 12/20/19 | J | | |
| 133.  - Ishares 20+ Yr Treasury Bond ETF TLT | A | Dividend | | | Buy | 04/17/19 | J | | |
| 134. | | | | | Sold | 09/03/19 | J | | |
| 135.  - Ishares Natl Muni Bond ETF MUB | B | Dividend | L | T | Buy | 04/17/19 | M | | |
| 136. | | | | | Sold<br>(part) | 07/17/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Auld, Lawrence P.** | 06/25/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | Sold (part) | 08/20/19 | J | | |
| 138. | | | | | Buy (add'l) | 09/03/19 | K | | |
| 139. | | | | | Sold (part) | 12/20/19 | K | | |
| 140. - Ishares JPM USD Emrg Mrkts ETF EMB | A | Dividend | K | T | Buy | 04/17/19 | K | | |
| 141. | | | | | Sold (part) | 07/17/19 | J | | |
| 142. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 143. - Ishares S/T Natl Muni Bond ETF SUB | A | Dividend | K | T | Buy | 04/17/19 | K | | |
| 144. - Ishares Core MSCI EAFE ETF IEFA | B | Dividend | | | Buy | 04/17/19 | L | | |
| 145. | | | | | Sold (part) | 07/17/19 | J | | |
| 146. | | | | | Sold | 08/20/19 | L | | |
| 147. - Ishares Core MSCI Emrg Mrkts ETF IEMG | A | Dividend | | | Buy | 04/17/19 | K | | |
| 148. | | | | | Buy (add'l) | 07/17/19 | J | | |
| 149. | | | | | Sold | 08/20/19 | K | | |
| 150. - Invesco Natl Amt-Free Muni Bond PZA | B | Dividend | L | T | Buy | 04/17/19 | L | | |
| 151. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 152. - Pimco Enh Shrt Mat Actv Exch Trd FD MINT | A | Dividend | K | T | Buy | 04/17/19 | J | | |
| 153. | | | | | Buy (add'l) | 09/03/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Auld, Lawrence P.** | 06/25/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 155.  - SPRD Blmbrg Brcly Hi Yld Bond JNK | A | Dividend | | | Buy | 04/17/19 | J | | |
| 156. | | | | | Sold | 07/17/19 | J | | |
| 157.  - SPDR Ser Tr Blmbrg Brcly 1-3 Mo Trsry BIL | A | Dividend | J | T | Buy | 04/17/19 | J | | |
| 158. | | | | | Buy (add'l) | 07/17/19 | K | | |
| 159. | | | | | Sold (part) | 08/20/19 | J | | |
| 160. | | | | | Sold (part) | 09/03/19 | K | | |
| 161. | | | | | Sold (part) | 12/20/19 | J | | |
| 162.  - Schwab US Broad Mkt ETF SCHB | A | Dividend | | | Buy | 04/17/19 | J | | |
| 163. | | | | | Buy (add'l) | 07/17/19 | J | | |
| 164. | | | | | Sold | 09/03/19 | J | | |
| 165.  - Vanguard Value ETF VTV | B | Dividend | L | T | Buy | 04/17/19 | L | | |
| 166.  - Vanguard Mid-Cap ETF VO | A | Dividend | K | T | Buy | 04/17/19 | K | | |
| 167. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 168.  - Vanguard Growth ETF VUG | A | Dividend | L | T | Buy | 04/17/19 | L | | |
| 169.  - Vnk Vctrs JPM EM Local Curr Bond EMLC | A | Dividend | J | T | Buy | 04/17/19 | J | | |
| 170.  - Ishares Broad USD Hi Yld Bond USHY | A | Dividend | J | T | Buy | 07/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Auld, Lawrence P.** | 06/25/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - Ishares MSCI Japan ETF EWJ | | | | | Buy | 08/20/19 | J | | |
| 172. | | | | | Sold | 09/03/19 | J | | |
| 173.  - Ishares MSCI EAFE ETF EFA | A | Dividend | L | T | Buy | 08/20/19 | L | | |
| 174. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 175.  - Ishares MSCI Emerg Mrkts ETF EEM | A | Dividend | L | T | Buy | 08/20/19 | K | | |
| 176. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 177.  - Schwab US TIPS ETF SCHP | A | Dividend | J | T | Buy | 08/20/19 | J | | |
| 178.  - UBS Bank USA Cash Account | A | Interest | J | T | Open | 02/06/19 | M | | |
| 179.  Brokerage Account #5 (H) | | | | | Open | 03/14/19 | M | | |
| 180.  - UBS Bank USA Cash Accounts | C | Interest | M | T | Open | 03/14/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Auld, Lawrence P.** | 06/25/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 3 - Brokerage Account #1 was transferred to new broker on February 6, 2019 and was merged with Brokerage Account #3 on Line 110 and the combined accounts are now known as Brokerage Account #4 on Line 119. Transactions for Brokerage Account #1 on Lines 4 through 7 are listed on Lines 120 through 123.

Line 15 - American Funds New World Fund NFFFX was previously listed as New World Fund Inc New NFFFX.

Line 16 - Invesco S&P 500 Revenue ETF RWL was previously listed as Oppenheimer ETF Tr Large Cap Rev RWL.

Line 18 - Vanguard FTSE  Dev Market VEA was previously listed as Vanguard Tax Managed Fd Europe Pacific VEA

Line 19 - Vanguard High Div Yield ETF VYM was previously listed as Vanguard Whitehall Fds Inc VYM.

Line 22 - Vanguard Real Estate ETF VNQ was previously listed as Vanguard Index Fds VNQ.

Line 94 - Variable Life Insurance Policy was redeemed on December 20, 2019 and exchanged for a long-term care insurance policy.

Line 110 - Brokerage Account #3 was transferred to new broker on February 6, 2019 and was merged with Brokerage Account #1 on Line 3 and the combined accounts are now known as Brokerage Account #4 on Line 119. Transactions for Brokerage Account #3 on Lines 111 through 117 are listed on Lines 124 through 130.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Auld, Lawrence P. | 06/25/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lawrence P. Auld**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544